LISA LYNNE RUSSEL, Deputy Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov
DEVON L. TICE, Trial Attorney
U.S. Department of Justice
Natural Resources Section
P.O. Box 761
Washington, DC 20044-7611
Tel: (202) 598-1444
Email: Devon.tice@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TABLE MOUNTAIN RANCHERIA ASSOCIATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, et al.,[1]<br><br>Defendants. | Case No. 3:80-cv-4595-LB<br><br>STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES ON PLAINTIFFS' RENEWED MOTION FOR ORDER TO SHOW CAUSE UNDER F.R.C.P. RULE 60(b)(6) AND ENFORCE THIS COURT'S JUDGMENT (ECF No. 6)<br><br>ORDER |
|---|---|

In accordance with Civil Local Rule 6-2(a), the Parties ask that the Court extend the deadlines for Defendants to respond to Plaintiffs' Renoticed Motion for Order to Show Cause under F.R.C.P. Rule 60(b)(6) and Enforce this Court's Judgment (Doc. No. 6).

---

[1] Under Rule 25 of the Federal Rules of Civil Procedure, Doug Burgum is automatically substituted as a party for James Watt as the United States Secretary of the Interior.

STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES ON PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE UNDER F.R.C.P. 60(B)(6) AND ENFORCE THIS COURT'S JUDGMENT—MCCUNE DECLARATION
CASE NO. 3:80-CV-4595-LB

Undersigned counsel for the Defendants received a copy of Plaintiffs' motion on September 16, 2024, and Plaintiffs filed their Renoticed Motion on September 24, 2024. This case was initially filed in 1980, and the civil docket is no longer available. ECF No. 2 at 3. Therefore, due to the historic nature of the case and Defendants' need to conduct further investigation, the Parties sought and received an extension. Currently, Defendants' deadline for a response is February 12, 2025, and Plaintiffs' reply deadline is March 31, 2025.

Due to the complexity of the case, the fact that the events underlying the case took place decades ago, and unforeseen emergency motion practice in unrelated matters, the undersigned counsel need additional time to respond to Plaintiffs' Renoticed Motion. Accordingly, the Parties have agreed that an adjustment of the briefing schedule is appropriate. They request that the Defendants' deadline to respond to the Renoticed Motion be extended 45 days, making it due on March 31, 2025, as March 29, 2025, falls on a Saturday. The Parties also request that Plaintiffs be given 45 days to file a reply brief in support of their motion, making their reply due on May 15, 2025. This is the Parties' second request for an extension of time. This extension will require that the hearing currently noticed for April 16, 2025, be reset. Neither party will be prejudiced by this extension.

Respectfully submitted this 10th day of February, 2025.

                          LISA LYNNE RUSSELL
                          Deputy Assistant Attorney General

                          /s/ Devon L. Tice
                          DEVON LEHMAN MCCUNE

                          U.S. Department of Justice
                          Environment & Natural Resources Division
                          Natural Resources Section

999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1487
Fax: (303) 844-1350
devon.mccune@usdoj.gov

DEVON L. TICE
U.S. Department of Justice
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-1444
Fax: (202) 305-1275
Devon.tice@usdoj.gov

Attorneys for Defendants

*s/ John M. Peebles*
JOHN M. PEEBLES
Peebles Bergin Schulte & Robinson LLP
2020 L Street, Suite 250
Sacramento, CA  95811

**ORDER**

IT IS SO ORDERED.  Defendants' response to Plaintiffs' motion shall be filed by March 31, 2025, and Plaintiffs' response shall be filed by May 15, 2025.  Hearing reset for June 4, 20025 at 2:00 p.m.

Dated:  February  10 , 2025          _____
United States District Court Judge