UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TABLE MOUNTAIN RANCHERIA ASSOCIATION, et al., and PLAINTIFF GLORIA WALKER represented by Ms. Walker's heirs or successors, THOMAS WALKER; MICHAEL ALARCON, SR.; MICHAEL ALARCON, JR.; DAVID ALARCON, SR; TRACY GARZA LOPEZ; SIRILDA TUTTLE; CARL BRANTLEY; VICTORIA BRANTLEY; MORGON BRANTLEY; KIMBERLY BONG; HAROLD JOHN BONG V; RANDALL NELSON TUTTLE, JR.; KERRI MORRELL, JANINE RENEE ALARCON, AND ETHAN BONG,<br><br>   Plaintiffs,<br>v.<br><br>DOUG BURGUM, et al.<br><br>   Defendants. | Case No: 3-80-cv-04595-WHO<br><br>ORDER GRANTING STIPULATION TO VACATE HEARING DATE OF JUNE 4, 2025, AND RESCHEDULE TO JUNE 25, 2025 |

 Upon consideration of the Parties' stipulation requesting that the Court issue an order vacating the hearing date of June 4, 2025, and rescheduling it to June 25, 2025,

 IT IS ORDERED that the hearing date of June 4, 2025, is hereby vacated and rescheduled to June 25, 2025.

Dated: May 29, 2025   By: _____
                JUDGE OF THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA